# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FLOYD SUGGS,

        Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,
JOHN DOE, Staff Member(s),
JOHANSSON, Lieutenant,
WEISINGES, Officer, BAKER, Officer,
OLSON, Officer, and ANDERSON, Officer,

        Defendants.

Civil No. 09-3280 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. The Court reopened the case to allow Defendant to file objections by October 18, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 4 and 16), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 8, 2010        s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          Chief Judge
                                          United States District Court