# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FLOYD SUGGS,

           Plaintiff,

Civil No. 09-3280 (MJD/JJG)

v.

**ORDER ON REPORT AND RECOMMENDATION**

FEDERAL BUREAU OF PRISONS, et al.,
JOHN DOE, Staff Member(s),
JOHANSSON, Lieutenant,
WEISINGES, Officer, BAKER, Officer,
OLSON, Officer, and ANDERSON, Officer,

           Defendants.

The above-entitled matter came before the Court upon the Report and Recommendation [Doc. #21] of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff is allowed to continue to prosecute his Eighth Amendment claim against Defendant Johansson, without prejudice to any defenses that Defendant Johansson might seek to raise hereafter;

2. All of Plaintiff's other claims, aside from his Eighth Amendment claim against Defendant Johansson, are summarily dismissed pursuant to 28 U.S.C. § 1915A(b); and

3. All Defendants other than Defendant Johansson are dismissed from this action.

Dated: February 10, 2011

s/Michael J. Davis
MICHAEL J. DAVIS
Chief District Judge
United States District Court