UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Floyd Suggs,                                                    Civil No. 09-3280 (MJD/TNL)

      Plaintiff,

v.                                                              **ORDER**

Johansson,
Lieutenant,

      Defendant.

---

FLOYD SUGGS, #13620-424, FCI, PO Box 10, Lisbon, OH 44432
PRO SE

Mary J. Madigan, United States Attorney's Office, 300 S 4th Street, Suite 600, Minneapolis, MN 55415

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2011 (Docket No.36), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant John Johansson's motion for summary judgment, (Docket No. 29), is **GRANTED**; and

2. This action is **DISMISSED WITH PREJUDICE.**

The Clerk of Court **IS HEREBY ORDERED** to **ENTER JUDGMENT** in the above-captioned matter.

Date:  January 26, 2012                          s/Michael J. Davis
                                                                    The Honorable Michael J. Davis
                                                                    United States District Court Judge
                                                                    for the District of Minnesota